391 A.2d 678

Commonwealth v. Carr, Appellant.

Submitted March 20, 1978. William J. Mazzola, and Stack & Gallagher, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: Case remanded for filing of post-verdict motions nunc pro tunc. *See, Commonwealth v. Cathey*, 477 Pa. 446, 384 A.2d 589 (1978).